UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 10-10633 |
| | |
| Raymond Brummett | Chapter 13 |
| Nancy C. Brummett | |
| | Judge Perlman |
| Debtors | |

**MOTION OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER  FOR RELIEF FROM STAY**

**(PROPERTY ADDRESS: 102 STAN ROBERTS ROAD,  WEST UNION, OH 45693)**

U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer, (the "Movant") moves this Court, under §§ 361, 362, 363 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007, and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or dissolving the automatic stay imposed by § 362 of the Bankruptcy Code. Proof of Claim # 8 per the Claims Register and being Trustee's Claim #4. In support of this Motion, the Movant states:

## MEMORANDUM IN SUPPORT

1    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2    A copy of the Deed to the subject property is attached hereto as Exhibit "A".  On August 6, 2007, the debtors listed above (collectively, the "Debtors") obtained a loan from U.S. Bank, N.A. in the amount of $95,993.00. Such loan was evidenced by a promissory note dated August 6, 2007 (the "Note"), a copy of which is attached as Exhibit "B".

3    To secure payment of the Note and performance of the other terms contained in it, the debtors executed a Mortgage dated August 6, 2007 (the "Security Agreement").  The Security Agreement granted a lien on the real and/or personal property (the "Collateral") owned by the debtors, located at 102 Stan Roberts Road, West Union, OH 45693, and more fully described in the Security Agreement.

4    The lien created by the Security Agreement was duly perfected by the filing of the Security Agreement in the office of the Adams County Recorder on August 13, 2007. A copy of the Security Agreement is attached to this Motion as Exhibit "C".  The lien is the First lien on the collateral.

5    The Security Agreement were transferred as follows:

to U.S. Bank, N.A. as evidenced by the assignment recorded on January 2, 2009 attached hereto as Exhibit "D".

6    The value of the Collateral is $95,000.00.  This valuation is based on Debtors' Schedules.

7    As of the date of this Motion, there is currently due and owing on the Note the

outstanding balance of $108,810.08, plus interest accruing thereon at the rate of 6.25% per

annum ($16.21 per day) from March 24, 2011.

8    Other parties who may have an interest in the Collateral are:

Citifinancial by virtue of a certified judgment lien upon which the amount due is
approximately $5,000.00.

9    Movant is entitled to relief from the automatic stay under §§ 362(d)(1) and/or 362(d)(2)

for these reason(s):

Debtors have no equity in the Collateral and the Collateral is not needed by the debtors

for their reorganization. Movant believes that the collateral has a value of $95,000.00. Including

the Movant's lien, there are liens in an aggregate amount of $113,810.08 on the Collateral.

Debtors have failed to provide adequate protection for the lien held by the Movant for the

reason set forth below.

Debtors have failed to make periodic payments to Movant since the commencement of

this bankruptcy case, which unpaid payments are in the aggregate amount of $4,922.81,

consisting of the following:

Post-Petition Payments

| Amount | Date Due |
|--------|----------|
| 790.54 | October 1, 2010 |
| 790.54 | November 1, 2010 |
| 790.54 | December 1, 2010 |
| 790.54 | January 1, 2011 |
| 790.54 | February 1, 2011 |
| 790.54 | March 1, 2011 |

Post Petition Late Charges:

| Amount | Date Due |
|--------|----------|
| 32.95 | October 15, 2010 |
| 32.95 | November 15, 2010 |
| 32.95 | December 15, 2010 |
| 32.95 | January 15, 2010 |
| 32.95 | February 15, 2010 |
| 32.95 | March 15, 2010 |

less debtor's suspense balance of $18.13, as of March 24, 2011.

10  Pursuant to LBR 4001-1(a) Movant has completed the Exhibit and Worksheet attached as Exhibit "E".

WHEREFORE, Movant prays for an Order from the Court granting Movant relief from the automatic stay of §362 of the Bankruptcy Code to permit Movant to proceed under law and for such other and further relief to which the Movant may be entitled.

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing Motion for Relief from Stay of the secured creditor, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer, was electronically transmitted on March 23, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

David J Hoff, Esq.
800 Gallia Street, Suite 28
Portsmouth, OH 45662
dhoff.dkandco@fuse.net

G. Timothy Dearfield, Esq.
800 Gallia Street, Suite 28
Portsmouth, OH 45662
dkandco@midohio.twcbc.com

Margaret A. Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202
Cincinnati@cinn13.org

Office of the U.S. Trustee
36 East Seventh Street, Ste. 2050
Cincinnati, OH 45202
Ustpregion09.ci.ecf@usdoj.gov

  The undersigned certifies that a copy of the foregoing Motion for Relief from Stay of the secured creditor, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer, was transmitted on March 23, 2011 via regular U.S. mail, postage pre-paid:

Raymond Brummett
102 Stan Roberts Rd
West Union, OH 45693

Nancy C. Brummett
102 Stan Roberts Rd
West Union, OH 45693

Citifinancial
P.O. Box 6931
The Lakes, NV 88901

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

IN RE:                                          Case No. 10-10633


                                                Chapter 13
Raymond Brummett                                Judge Perlman
Nancy C. Brummett
                        Debtors



**NOTICE OF FILING OF MOTION
OF U.S. BANK, N.A. BY AND
THROUGH U.S. BANK HOME
MORTGAGE ITS SERVICER FOR
RELIEF FROM STAY AND
NOTICE OF HEARING**

**(PROPERTY ADDRESS: 102 STAN
ROBERTS ROAD,  WEST UNION,
OH 45693)**

## OFFICIAL FORM 20A

U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer has filed papers with the Court to obtain relief from the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then within 21 days from the date of this notice, you or your attorney must:

*        File with the Court a written request for a hearing, or if the court requires a written response, an answer, explaining your position at:

Clerk, US Bankruptcy Court
221 East Fourth Street
Atrium Two, Suite 800
Cincinnati, OH 45202

If you mail your request or response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Nancy C. Brummett  - Debtor
102 Stan Roberts Rd
West Union, OH 45693

Raymond Brummett  - Debtor
102 Stan Roberts Rd
West Union, OH 45693

Margaret A. Burks  - Trustee
600 Vine Street
Suite 2200
Cincinnati, OH 45202

Citifinancial  - Creditor
P.O. Box 6931
The Lakes, NV 88901

G. Timothy Dearfield, Esq.  - Attorney for Debtors
800 Gallia Street, Suite 28
Portsmouth, OH 45662

David J Hoff, Esq.  - Attorney for Debtors
800 Gallia Street, Suite 28
Portsmouth, OH 45662

Erin A Jochim, Esq.  - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480

Office of the U.S. Trustee
36 East Seventh Street, Ste. 2050
Cincinnati, OH 45202

at the addresses listed thereon.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DATED:        March 23, 2011

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com


**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Filing Motion for Relief from Stay of the secured creditor, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer, was electronically transmitted on March 23, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

David J Hoff, Esq.
800 Gallia Street, Suite 28
Portsmouth, OH 45662
dhoff.dkandco@fuse.net

G. Timothy Dearfield, Esq.
800 Gallia Street, Suite 28
Portsmouth, OH 45662
dkandco@midohio.twcbc.com

Margaret A. Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202
Cincinnati@cinn13.org

Office of the U.S. Trustee
36 East Seventh Street, Ste. 2050
Cincinnati, OH 45202
Ustpregion09.ci.ecf@usdoj.gov


   The undersigned certifies that a copy of the foregoing Notice of Filing Motion for Relief from Stay of the secured creditor, U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer, was transmitted on March 23, 2011 via regular U.S. mail, postage pre-paid:

Raymond Brummett
102 Stan Roberts Rd
West Union, OH 45693

Nancy C. Brummett
102 Stan Roberts Rd
West Union, OH 45693

Citifinancial
P.O. Box 6931
The Lakes, NV 88901


/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com