**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: April 25, 2011**

_____

BK1100337
JJR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 10-10633 |
| Raymond Brummett<br>Nancy C. Brummett | Chapter 13 |
| | Judge Perlman |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF U.S. BANK, N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER FILED HEREIN ON MARCH 23, 2011 AS DOCKET #31 FOR PROPERTY LOCATED AT 102 STAN ROBERTS ROAD WEST UNION, OH 45693)** |

This matter is before the Court upon the Motion for Relief From Stay filed by U.S. Bank, N.A. by and through U.S. Bank Home Mortgage its servicer ("Movant") herein on March 23, 2011 as Pacer

Document #31 for the property located at 102 Stan Roberts Road West Union, OH 45693; and it appearing to the Court that the Debtors, their counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion; and it further appearing that a response to the Motion was filed by debtors on March 28, 2011 and said response was subsequently withdrawn on April 19, 2011; accordingly

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtors.


SO ORDERED


/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Citifinancial - Creditor
P.O. Box 6931
The Lakes, NV 88901
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###